IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                                                           PLAINTIFF

v.                                              Civil No. 6:24-cv-06045

RIHANNA, *et al*                                                                                     DEFENDANTS

## REPORT AND RECOMMENDATION

On March 29, 2024, Plaintiff filed a *pro se* Complaint against Defendant. ECF No. 1. On that same date, Plaintiff was notified he must pay the filing fee of $405.00 or file a Motion for Leave to Proceed *in forma pauperis* by April 8, 2024. Plaintiff was informed that failure to do so would subject the Complaint to dismissal.[1] Plaintiff has not paid the filing fee, nor has he filed a Motion for Leave to Proceed *in forma pauperis*.

Based upon Plaintiff's failure to comply with a court order, this Court recommends that Plaintiff's case be **DISMISSED**.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. See Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990).**

DATED this 23rd day of April 2024.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was informed by mail from the Clerk of Court. The Notice was sent to Plaintiff at Michael Titus, ADC #168523, DCC - OMEGA TECHNICAL VIOLATOR CENTER, Omega Center, 104 Walco Lane, Malvern, AR 72104. This Notice was not returned to the Court has undeliverable.