IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL TITUS                                                                                               PLAINTIFF

v.                                           Case No. 6:24-cv-6045

RIHANNA, *et al*.                                                                                      DEFENDANTS

## ORDER

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) for failing to comply with orders of the Court. Plaintiff has not filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

    Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 4) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 16th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge